IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

VALARIE A. HIBBARD                                                                                     PLAINTIFF

      v.                              Civil No. 10-2175

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                                    DEFENDANT

## **J U D G M E N T**

For reasons stated in the memorandum opinion of this date, we hereby affirm the decision of the Commissioner and dismiss plaintiff's case with prejudice. **The parties have sixty days from entry of the judgment on the docket in which to appeal.**

IT IS SO ORDERED AND ADJUDGED this 17th day of January 2012.

                          /s/ *J. Marschewski*
                         HON. JAMES R. MARSCHEWSKI
                         CHIEF UNITED STATES MAGISTRATE JUDGE